```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

MARCUS TERRELL SMITH,            :
                                 :
    Petitioner,                  :
                                 :
vs.                              :    CIVIL ACTION 12-0416-KD-M
                                 :
CYNTHIA WHITE,                   :
                                 :
    Respondent.                  :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that, should Petitioner file a certificate of appealability, it be **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this 21st day of November, 2012.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE