```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

MARCUS TERRELL SMITH, :
:
    Petitioner, :
:
vs. : CIVIL ACTION 12-0416-KD-M
:
CYNTHIA WHITE, :
:
    Respondent. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia White and against Petitioner Marcus Terrell Smith.

DONE this 21st day of November, 2012.

                                      s/ Kristi K. DuBose
                                      KRISTI K. DuBOSE
                                      UNITED STATES DISTRICT JUDGE